IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ALEXANDRA ARMITAGE,<br><br>Plaintiff,<br><br>vs.<br><br>CALIBER HOME LOANS INC., LSF9 MASTER PARTICIPATION TRUST, BANK OF AMERICA, NA and FIRST AMERICAN TITLE COMPANY OF MONTANA, INC. as Trustee,<br><br>Defendants. | CV 16-27-BLG-SPW<br><br>ORDER |

Defendants Caliber Home Loans, Inc., U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, move for the admission of Aaron R. Goldstein to practice before the Court in the above captioned matter with Michael J. Lilly of Bozeman, Montana, designated as local counsel. The motion and supporting affidavit do not comply with Local Rule 83.1(d)(A) through (J). Therefore,

IT IS HEREBY ORDERED that Defendants' Unopposed Motion for Admission *Pro Hac Vice* (Doc. 52) is **DENIED**. The parties may file a new motion and affidavit complying with L.R. 83.1(d)(A) through (J) in the above captioned matter.

1

DATED this 18th day of December, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge