IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| ALEXANDRA ARMITAGE,<br><br>Plaintiff,<br><br>vs.<br><br>CALIBER HOME LOANS, INC., LSF9 MASTER PARTICIPATION TRUST, BANK OF AMERICA, NA and FIRST AMERICAN TITLE COMPANY OF MONTANA, INC. as TRUSTEE,<br><br>Defendants. | CV 16-27-BLG-SPW<br><br>ORDER |

Defendants Caliber Home Loans, Inc. and U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust move for the admission of Aaron R. Goldstein to practice before the Court in the above captioned matter with Michael J. Lilly of Bozeman, Montana, designated as local counsel (Doc. 55). The motion complies with Local Rule 83.1(d), and plaintiff does not object.

IT IS SO ORDERED that Defendants Caliber Home Loans, Inc. and U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust's motion to admit Aaron R. Goldstein to appear *pro hac vice* (Doc. 55) is **GRANTED** and he is authorized to appear as counsel with Michael J. Lilly pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 20th day of December, 2017.

_____
SUSAN P. WATTERS
United States District Judge