UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ALEXANDRA ARMITAGE,<br><br>                  Plaintiff,<br><br>vs.<br><br>CALIBER HOME LOANS, INC., LSF9 MASTER PARTICIPATION TRUST, BANK OF AMERICA, NA and FIRST AMERICAN TITLE COMPANY OF MONTANA, INC. as TRUSTEE,<br><br>                  Defendants. | Case No. CV-16-27 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

       **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

       JUDGMENT IN FAVOR OF DEFENDANTS AGAINST PLAINTIFF.

       Dated this 22nd day of January, 2018.

                                     TYLER P. GILMAN, CLERK

                                     By: /s/ Amanda Carrillo
                                            Deputy Clerk